# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTHONY J. LENZ & THERESA A. LENZ  
1721 HAMILTON AVENUE  
ROCKFORD, IL 61109  
SSN-xxx-xx-9925 & xxx-xx-4735

Case Number: 07-71321

Case filed on: 5/31/2007  
Plan Confirmed on: 8/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,750.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 1,224.38 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,224.38 | 0.00 |
| 999 | ANTHONY J. LENZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 8,064.51 | 8,064.51 | 143.95 | 268.80 |
| 002 | CHASE HOME FINANCE LLC | 10,839.95 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,904.46 | 8,064.51 | 143.95 | 268.80 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 3,058.88 | 3,058.88 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 176.60 | 176.60 | 0.00 | 0.00 |
| 010 | ILLINOIS DEPART. OF HUMAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 596.71 | 596.71 | 0.00 | 0.00 |
| 013 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PERRY TUNEBERG, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION | 140.27 | 140.27 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 113.04 | 113.04 | 0.00 | 0.00 |
| 018 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,085.50 | 4,085.50 | 0.00 | 0.00 |
|  | Grand Total: | 26,489.96 | 15,650.01 | 1,368.33 | 268.80 |

Total Paid Claimant: $1,637.13  
Trustee Allowance: $112.87  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008    By  /s/Heather M. Fagan